14. 15.00206.CV

NO. 2013-63368

| | | |
|---|---|---|
| WENDY CUEVA,<br>Plaintiff | § § § | IN THE DISTRICT COURT |
| VS. | § § § | |
| APTDF, LTD D/B/A DEERFIELD<br>APARTMENTS, DFAPT, INC.<br>AND SANTOS TORRES A/K/A JOSE<br>RAUDALES TORRES,<br>Defendants | § § § § § § | 270th JUDICIAL DISTRICT<br><br>HARRIS COUNTY, TEXAS |

FILED IN
IN THE DISTRICT COURT OF APPEALS
HOUSTON TEXAS
MAR 09 2015
CHRISTOPHER A PRINE
CLERK
MAILED
5/5/15

## PLAINTIFF'S NOTICE OF APPEAL

COMES NOW Plaintiff Wendy Cueva and files her Notice of Appeal, pursuant to Texas Rules of Appellate Procedure 25.1.

1. This appeal is taken from the 270th District Court of Harris County, Texas, the Honorable Judge Brent Gamble presiding.

2. The style of this case is *Wendy Cueva v. APTDF, Ltd D/B/A Deerfield Apartments, DFAPT, Inc, and Santos Torres A/K/A Jose Raudales Torres;* Cause No. 2013-63368.

3. On September 8, 2014 Defendants jointly filed Defendants' APTDF, Ltd. d/b/a Deerfield Apartments' and DFAPT, Inc's No-Evidence and Traditional Motions for Summary Judgment seeking judgment as a matter of law on all of Plaintiff's claims against APTDF, Ltd. d/b/a Deerfield Apartments and DFAPT, Inc. On November 3, 2014 the Court signed an order granting summary judgment in favor of Defendants on all of Plaintiff's claims against Defendants APTDF, Ltd. d/b/a Deerfield Apartments and DFAPT, Inc. On January 15, 2015 Plaintiff filed a Motion for Reconsideration of Defendant's Motion for Summary Judgment or Motion for New Trial. After oral hearing, the Court signed an order on February 3, 2015 denying the Plaintiff's Motion. Plaintiff Wendy Cueva desires to appeal the trial court's

1

November 3, 2014 order granting Defendants' Motion for Summary Judgment, or, alternatively, the trial court's February 3, 2015 order denying Plaintiff's Motion for Reconsideration of Defendant's Motion for Summary Judgment or Motion for New Trial.

4.     This appeal is taken to the First or Fourteenth Court of Appeals at Houston, Texas.

Respectfully submitted,

**MATÍAS J. ADROGUÉ**
PROFESSIONAL LIMITED LIABILITY COMPANY

By: _____

Matías J. Adrogué
Attorney at Law
State Bar No. 24012192
Robert Stephan Kaase
State Bar No. 24083287
1629 West Alabama St.
Houston, Texas 77006
713-425-7270 *Telephone*
713-425-7271 *Facsimile*
service@mjalawyer.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all parties which are listed below, on March 3, 2015:

Mr. Tom Sanders
Attorney at Law
P.O. Box 1860
Sugar Land, TX 77487

Mr. Robert G. Gibson
Attorney at Law
P.O. Box 387
Rosenberg, TX 77471

_____
Robert Stephan Kaase

2

## NO. 2013-63368

| | | |
|---|---|---|
| WENDY CUEVA,<br>Plaintiff | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| APTDF, LTD D/B/A DEERFIELD | § | 270th JUDICIAL DISTRICT |
| APARTMENTS, DFAPT, INC. | § | |
| AND SANTOS TORRES A/K/A JOSE | § | |
| RAUDALES TORRES, | § | |
| Defendants | § | HARRIS COUNTY, TEXAS |

## LOCAL RULE NOTICE OF AND ASSIGNMENT OF RELATED CASE IN APPEALS

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

___X___ None

_____ Caption: _____

Trial Court
Case Number: _____

Appellate Court
Case Number: _____

_____
Robert Stephan Kaase

March 3, 2015
Date

3



**Matías J. Adrogué**
Trial Lawyer/Mediator
**BOARD CERTIFIED**
Personal Injury Trial Law

**Leila M. El-Hakam**
Attorney at Law

**Robert Stephan Kaase**
Attorney at Law

March 3, 2015

Fourteenth Court of Appeals                                              *Via US Mail*
301 Fannin, Rm. 245
Houston, Texas 77002

RE:    Cause No. 2013-63368; *Wendy Cueva v. APTDF, Ltd d/b/a Deerfield Apartments, et. al.*;
       In the 270th Judicial District Court, Harris County, Texas.

Dear Clerk of the Court:

Enclosed please find a courtesy copy of *Plaintiff's Notice of Appeal and Local Rule Notice of And Assignment of Related Case in Appeals*, which was e-filed with the Harris County District Clerk's office this afternoon.

If you have any questions, please feel free to contact me.

Sincerely,

Robert Stephan Kaase